UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>      Defendant. | Civil Action No. 25-0586 (JEB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by 14 days—i.e., until April 16, 2025. Plaintiff does not oppose this motion. The grounds for this motion are as follows.

Plaintiff filed this Freedom of Information Act suit on February 28, 2025, and served the U.S. Attorney's Office on or about March 3, 2025. Plaintiff seeks information about pauses and freezes of federal financial assistance. Compl. (ECF No. 1). Defendant's deadline to respond to the Complaint is currently April 2, 2025.

The continued surge in new case filings against the United States in this District has overwhelmed the Office's already swollen civil intake, triage, and assignment queues, delaying certain case assignments to Assistant U.S. Attorneys and initial coordination efforts with agency clients, including in this case. While the undersigned has just recently been assigned to this matter, counsel has already reached-out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be

- 2 -

resolved without litigation, and if not, formulate Defendant's response to Plaintiff's Complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including April 16, 2025. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: April 1, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR. D.C. Bar #481866<br>United States Attorney<br><br>By:  */s/ M. Jared Littman*<br>M. JARED LITTMAN<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2523<br>Jared.Littman@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | Civil Action No. 25-0586 (JEB) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to the Complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including April 16, 2025, to respond to the Complaint in this action.

SO ORDERED:

_____      _____
Dated                                                                           JAMES E. BOASBERG
                                                                                         Chief Judge