UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>Defendants. | Civil Action No. 25-0586 (JEB) |

**JOINT STATUS REPORT**

Plaintiff Democracy Forward Foundation, and Defendant U.S. Office of Management and Budget (collectively, the "Parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of August 14, 2025.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on February 28, 2025. ECF No. 1. Plaintiff seeks records about pauses and freezes of federal financial assistance. *Id.*

2. Defendant answered the complaint on April 13, 2025. ECF No. 11.

3. Defendant has completed a preliminary search for potentially-responsive documents, which revealed more than 30,000 records. The Parties are working together in an attempt to narrow the scope of Plaintiff's request. Plaintiff has agreed to several narrowing steps and is considering additional narrowing.

4. The Parties believe it is premature at this time to address whether a briefing schedule will be required in this case. The Parties propose deferring this question until after Defendant has completed its response to Plaintiff's FOIA request.

The Parties respectfully propose that they file an additional Joint Status Report on or before July 28, 2025, to update the Court on the status of the FOIA request.

Dated: April 25, 2025
Washington, DC

Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 851-5757
dmcgrath@democracyforward.org

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR.
D.C. Bar # 481866
United States Attorney

By: */s/ M. Jared Littman*
M. Jared Littman
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
Jared.Littman@usdoj.gov

*Attorneys for the United States of America*