UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>Defendants. | Civil Action No. 25-0586 (JEB) |

**JOINT STATUS REPORT**

Plaintiff Democracy Forward Foundation, and Defendant U.S. Office of Management and Budget (collectively, the "Parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of April 25, 2025.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on February 28, 2025. ECF No. 1. Plaintiff seeks records, broadly speaking, about pauses and freezes of federal financial assistance. *Id.*

2. Defendant answered the complaint on April 13, 2025. ECF No. 11.

3. As the previously reported, Defendant completed a preliminary search for certain potentially-responsive documents, which revealed more than 30,000 records and reported these initial results to Plaintiff on April 23, 2025. On April 23 and 25, 2025 the parties conferred on ways to narrow these results. Plaintiff agreed to several narrowing measures, including reductions in the date range, removal of key terms, and a limitation for email records to those records sent by politically appointed custodians.

4. Defendant anticipates issuing a full response to several items within Plaintiff's requests by September 30, 2025. Defendant continues its search and processing for records

responsive to other items, and the parties are conferring on other narrowing measures. Plaintiff has proposed additional narrowing that it would agree to.

5. A more detailed report as to the status of each of Plaintiff's FOIA Requests at issue in this case is as follows:

**Request 25-616 "Impact and Legal Analysis"[1]**

6. Defendant anticipates issuing a full response to this request by September 30, 2025.

**Request 25-617 "Freeze Communications Records"**

7. As to Parts 1 and 2 of this request, Defendant is processing Matthew Vaeth's calendar records for release. Defendant has completed a search for the remaining aspects of these items and the results are being reviewed.

8. As to parts 3 and 4, which seek communications, broadly speaking, concerning freezes and conditions on financial assistance, Defendant has gathered approximately 7,000 potentially responsive documents. Plaintiff has agreed to defer processing attachments to responsive email communications, and has requested information about custodians included and the date range to propose further narrowing. Plaintiff has also inquired to ensure this search has limited responsive email communications to sent communications in the Plaintiff's outboxes.

**Request 25-618 "WH and DOGE Directives to OMB"**

9. Defendant expects to issue a full response to parts 2 through 4 of this request by September 30. Defendant is still searching for records responsive to part 1, which seeks records of directives or guidance received by OMB.

---

[1] For ease of reference, the parties use the names of the requests used in Plaintiff's complaint. *See* ECF No. 1.

**Request (25-619) "OMB Order Implementation"**

10. Defendant anticipates issuing a full response to part 1 of this request by September 30, 2025.

11. As to parts 2, which seeks communications, broadly speaking, containing terms that are likely to concern implementation of a court order, Defendant has gathered approximately 3,000 potentially responsive documents. Plaintiff has agreed to defer processing attachments to responsive email communications, and has requested information about custodians included and the date range to propose further narrowing. Plaintiff has also inquired to ensure this search has limited responsive email communications to sent communications in the Plaintiff's outboxes.

The Parties respectfully propose that they file an additional Joint Status Report on or before October 2, 2025, to update the Court on the status of the FOIA request.

Dated: July 28, 2025
Washington, DC

/s/ Daniel A. McGrath
Daniel Alexander McGrath
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
Dmcgrath@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Anna D. Walker
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2544
Anna.Walker@usdoj.gov

*Attorneys for the United States of America*