UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>Defendants. | Civil Action No. 25-0586 (JEB) |

## JOINT STATUS REPORT

Plaintiff Democracy Forward Foundation, and Defendant U.S. Office of Management and Budget (collectively, the "Parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's January 8, 2026, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on February 28, 2025. ECF No. 1. Plaintiff seeks records, broadly speaking, about pauses and freezes of federal financial assistance. *Id.*

2. Defendant answered the complaint on April 13, 2025. ECF No. 11.

3. As the previously reported, Defendant completed a preliminary search for certain potentially-responsive documents, which revealed more than 30,000 records and reported these initial results to Plaintiff on April 23, 2025. On April 23 and 25, 2025 the parties conferred on ways to narrow these results. Plaintiff agreed to several narrowing measures, including reductions in the date range, removal of key terms, and a limitation for email records to those records sent by politically appointed custodians.

4. As discussed in more detail below, Defendant has identified responsive records to several items within Plaintiff's FOIA requests, which it is still currently processing. Consistent

with representations included in the parties' last joint status report, and as anticipated, Defendant issued a second interim release responsive to several parts of Plaintiff's request on December 31, 2025. Defendant continues its search and processing for records responsive to other remaining parts of Plaintiff's request.

5. Specifics as to the status of each of Plaintiff's FOIA Requests at issue in this case is as follows:

### Request 25-616 "Impact and Legal Analysis"[1]

6. As discussed above, Defendant issued a full response to this request on December 31, 2025.

### Request 25-617 "Freeze Communications Records"

7. As to Parts 1 and 2 of this request, Defendant is processing Matthew Vaeth's calendar records for release. Defendant has completed a search for the remaining aspects of these items made the following assessments. For Part 1 of this request, the results of the search are still being reviewed. For Part 2 of this request, OMB has gathered and narrowed down the results of the search to identify approximately sixty potentially responsive documents, which comprise approximately 120 pages.

8. Parts 3 and 4 of this request seek communications, broadly speaking, concerning freezes and conditions on financial assistance. As previously reported, Plaintiff inquired to ensure that Defendant's search for records responsive to these parts of Plaintiff's request was limited to sent communications in the government outboxes. Plaintiff also agreed to defer processing attachments to responsive email communications. Defendant then confirmed that it conducted a

---

[1] For ease of reference, the parties use the names of the requests used in Plaintiff's complaint. *See* ECF No. 1.

search for responsive records, limited to emails gathered from custodians' outboxes only. As reported in the parties' last joint status report, Defendant estimated that 5,000 potential responsive documents were gathered from this search, which include only responsive email communications sent from thirty-three custodians, and excluding attachments. In response to Plaintiff's inquiry aimed at further narrowing the results of Defendant's search, Defendant provided Plaintiff with the date range for its search and with the list of thirty-three custodians used to gather responsive records. Since then, Plaintiff agreed to further reduce the number of custodians to 16 and to limit the date range to end on February 28, 2025. Applying these further narrowing criteria to the results of its search, the number of documents to process in response to Parts 3 and 4 of this request is now estimated at 1,500 documents. These documents comprise approximately 3,500 pages. Now that Plaintiff has confirmed that Plaintiff is satisfied with the results of this narrowing criteria, Defendant has reviewed the results to assess a processing schedule, which is listed below.

### Request 25-618 "WH and DOGE Directives to OMB"

9. On August 29, 2025, Defendant responded to Part 4 of this request in full. As discussed in paragraph 4 above, Defendant issued a response to Parts 2 and 3 of this request on December 31, 2025, as anticipated. Defendant is still searching for records responsive to part 1, which seeks records of directives or guidance received by OMB.

### Request (25-619) "OMB Order Implementation"

10. As discussed in paragraph 4 above, Defendant issued its full response to Part 1 of this request on December 31, 2025, as anticipated.

11. Part 2 of this request seeks communications, broadly speaking, containing terms that are likely to concern implementation of a court order. As previously reported, Plaintiff inquired to ensure that Defendant's search for records responsive to this part of Plaintiff's request

was limited to sent communications in the government outboxes. Plaintiff also agreed to defer processing attachments to responsive email communications. Defendant then confirmed that it conducted a search for responsive records, limited to emails gathered from custodians' outboxes only. As reported in the parties' last joint status report, Defendant estimated that 3,000 potential responsive documents were gathered from this search, which include only responsive email communications sent from thirty-three custodians, and excluding attachments. In response to Plaintiff's inquiry aimed at further narrowing the results of Defendant's search, Defendant provided Plaintiff with the date range for its search and with the list of thirty-three custodians used to gather responsive records. Plaintiff agreed to further reduce the number of custodians to 16 and to limit the date range to end on February 28, 2025. Applying these further narrowing criteria to the results of its search, the number of documents to process in response to Part 2 of this request is now estimated at 800 documents. These documents comprise approximately 2,000 pages. Now that Plaintiff has confirmed that Plaintiff is satisfied with the results of these narrowing criteria, Defendant has reviewed the results to assess a processing schedule, which is listed below.

### Processing Rate

12. OMB has gathered the responsive records for Request 2025-619, Part 2 and Request 2025-617, Parts 2, 3 and 4, together and is now processing these combined records at a rate of at least 500 pages per month, with rolling releases made each month. OMB will make its first rolling release by the end of February 2026.

\*   \*   \*

In light of the current status of this case, the Parties respectfully propose that they file an additional Joint Status Report on or before April 3, 2026, to update the Court on the status of the FOIA request and every sixty days thereafter.

- 5 -

Dated: February 6, 2026
Washington, DC

  /s/ Daniel A. McGrath
Daniel Alexander McGrath
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(908) 578-4640
Dmcgrath@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Anna D. Walker*
     ANNA D. WALKER
     D.C. Bar No. 90037215
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2544
     Anna.Walker@usdoj.gov

*Attorneys for the United States of America*